AO 91 (Rev. 11/82)                    **CRIMINAL COMPLAINT**

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT | **FILED**<br>CLERK, U.S. DISTRICT COURT<br>10/18/2022<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _clee_ DEPUTY |
|---|---|---|

| UNITED STATES OF AMERICA<br>v.<br>CARLOS MARTINEZ CELIDA<br>aka "Carlos Martinez,"<br>aka "Agustin Lopez Armenta,"<br>aka "Agustin Lopez," | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>2:22-mj-04062 -duty | **LODGED**<br>CLERK, U.S. DISTRICT COURT<br>10/18/2022<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: ___jb___ DEPUTY |
|---|---|---|

Complaint for violation of Title 8, United States Code, Sections 1326(a), (b)(2): Illegal Alien Found in the United States Following Deportation with Prior Aggravated Felony Conviction

| NAME OF MAGISTRATE JUDGE<br>Honorable Steve Kim | **UNITED STATES<br>MAGISTRATE JUDGE** | LOCATION<br>Los Angeles, California |
|---|---|---|

| DATE OF OFFENSE<br>September 4, 2019 | PLACE OF OFFENSE<br>Los Angeles County | ADDRESS OF ACCUSED (IF KNOWN) |
|---|---|---|

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about September 4, 2019, defendant CARLOS MARTINEZ CELIDA, also known as "Carlos Martinez," "Agustin Lopez Armenta," and "Agustin Lopez" ("defendant"), an alien, who had been officially deported and removed from the United States on or about September 11, 2002, was found in Los Angeles County, within the Central District of California, after knowingly and voluntarily re-entering and remaining in the United States without having obtained permission from the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States following deportation and removal.

Defendant's previously alleged deportation and removal from the United States occurred subsequent to defendant's conviction for the following aggravated felony: Possession for Sale of Cocaine Base, in violation of California Health and Safety Code Section 11351.5, on or about June 12, 2002, in the Superior Court of California, County of Los Angeles, case number BA229225, a drug trafficking offense as defined under 8 USC § 1101(a)(43)(B).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:   (See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE: N/A

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>JOSEF SINGER   /s/ |
|---|---|
| | OFFICIAL TITLE<br>Deportation Officer, ICE |

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE[(1)]<br><br>STEVE KIM | | DATE<br>October 18, 2022 |
|---|---|---|

(1) See Federal Rules of Criminal Procedure 3 and 54

SAUSA Sonya A. Nevarez          REC: Detention/Arrest Warrant

## AFFIDAVIT

I, Josef Singer, being duly sworn, declare and state as follows:

### I.  PURPOSE OF AFFIDAVIT

1.    This affidavit is made in support of a criminal complaint and arrest warrant against CARLOS MARTINEZ CELIDA, also known as "Carlos Martinez," "Agustin Lopez Armenta," and "Agustin Lopez," ("MARTINEZ CELIDA"), charging him with violating Title 8, United States Code, Sections 1326(a) and (b)(2), Illegal Alien Found in the United States Following Deportation with Prior Aggravated Felony Conviction.

2.    The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from other law enforcement agents and witnesses.  This affidavit is intended to show that there is probable cause for the requested complaint and arrest warrant, and does not purport to set forth all of my knowledge of, or investigation into, this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### II. BACKGROUND OF DEPORTATION OFFICER JOSEF SINGER

3.    I am a Deportation Officer ("DO") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE").  I have been a DO with ICE, formerly known as the Immigration and Naturalization Service ("INS"), since April 2018.  I am currently assigned to the Los Angeles Enforcement and Removal Operations ("ERO") field office.

### III. <u>STATEMENT OF PROBABLE CAUSE</u>

4.   On or about September 4, 2019, the ICE Pacific Enforcement Response Center ("PERC") received an electric notification based on biometric fingerprint information that MARTINEZ CELIDA was arrested and in the custody of the Los Angeles Sheriff's Department ("LASD") in Lancaster, California. On or about that same day, a DHS Immigration Detainer was lodged with LASD.  The detainer was not honored, and MARTINEZ CELIDA was subsequently released from LASD custody.

5.   Based on my training and experience, I know that when an individual is fingerprinted by law enforcement, the individual is issued a Fingerprint Identification Number ("FIN").  The FIN is then automatically associated with the individual's A-Number.  In this case, MARTINEZ CELIDA's fingerprints were assigned the FIN number 13528853, which was then linked to A-Number 078-024-807 based on prior fingerprints located in the DHS "A-File" bearing the number A078-024-807.

6.   On or about October 12, 2022, I reviewed the Immigration Alien Query ("IAQ") electronic notification associated with MARTINEZ CELIDA's September 4, 2019 arrest, and saw that the FIN associated with the IAQ was FIN 13528853.  I thus confirmed that that the individual arrested on September 4, 2019, was MARTINEZ CELIDA, a previously deported alien.

7.   Based on my training and experience, I know that a DHS "A-File" is a file in which immigration records are maintained for aliens admitted to or found in the United States.  I also know that a DHS A-File usually contains photographs,

fingerprints, court records of conviction, and records relating to deportation or other actions by INS or DHS with respect to the subject alien for whom the DHS A-File is maintained.

8.   On October 13, 2022, I obtained and reviewed DHS A-File A078-024-807, which is maintained for the subject alien "CARLOS MARTINEZ-CELIDA."  The A-File contained the following documents and information:

a.   Photographs of the subject alien to whom DHS A-File A078-024-807 corresponds. I compared the photographs in the A-File to photographs taken of MARTINEZ CELIDA on September 4, 2019, while in LASD custody. I thus determined that DHS A-File 078-024-807 and its contents correspond to MARTINEZ CELIDA.

b.   One executed Warrant of Removal/Deportation (Form I-205) indicating that MARTINEZ CELIDA was officially removed or deported from the United States on or about September 11, 2002. I know from my training and experience that a Warrant of Removal/Deportation is executed each time a subject alien is removed and excluded from the United States by ICE (and its predecessor agency, INS) and usually contains the subject's photograph, signature, and fingerprint.  The executed Warrant of Removal/Deportation in MARTINEZ CELIDA's DHS A-File contains a photograph, a signature, and fingerprint

c.   A certified conviction record showing that MARTINEZ CELIDA was convicted on or about June 12, 2002, under the name "Carlos Martinez," of Possession for Sale of Cocaine Base, an aggravated felony, in violation of California Health and Safety Code Section 11351.5, in the Superior Court of the

State of California, Los Angeles County, Case Number BA229225, for which MARTINEZ CELIDA was sentenced to 120 days' jail.  This conviction is an aggravated felony drug trafficking offense as defined in Immigration and Naturalization Act Section 101(a)(43)(B).

   d. A certified conviction record showing that MARTINEZ CELIDA was convicted on or about December 16, 2019, under the name "Agustin Lopez Armenta," of Stalking, a felony, in violation of California Penal Code Section 646.9(b), and First Degree Residential Burglary, a felony, in violation of California Penal Code Section 459, in the Superior Court of the State of California, Los Angeles County, Case Number MA077469, for which MARTINEZ-CELIDA was sentenced to three years' imprisonment for Stalking and six years' imprisonment for Burglary.

   e. Various documents, in addition to the Warrant of Removal/Deportation, indicating that MARTINEZ CELIDA is a native and citizen of Mexico.  These documents include: (i) one Order of the Immigration Judge, dated September 9, 2002, ordering MARTINEZ CELIDA removed to Mexico; and (ii) a Form I-213, Record of Deportable/Inadmissible Alien, dated June 27, 2002, indicating MARTINEZ CELIDA was born in Mexico.

   9. On or about October 13, 2022, I reviewed the printouts of the Interstate Identification Index ("III").  Based on my training and experience, I know that the III database tracks and records arrests and convictions of individuals according to an individual's State Identification number or Federal Bureau of

Investigation number.  The III printouts confirmed that MARTINEZ CELIDA had been convicted of the crimes reflected on the documents contained in MARTINEZ CELIDA's DHS A-File, and described above.

10.  On October 13, 2022, I reviewed the printouts of ICE computer indices on MARTINEZ CELIDA.  Based on my training and experience, I know that the ICE computer indices track and document each time an alien is removed or excluded from the United States by ICE, or deported by the former INS, or is granted permission to enter or re-enter the United States.  The ICE computer indices confirmed that MARTINEZ CELIDA had been removed and deported on the date indicated on the Warrant of Removal/Deportation found in MARTINEZ CELIDA's DHS A-File and described above.  The ICE computer indices further indicated that MARTINEZ CELIDA had not applied for, or obtained from the Attorney General or the Secretary of Homeland Security, permission to re-enter the United States legally since MARTINEZ CELIDA had last been deported.

11.  Based on my review of MARTINEZ CELIDA's DHS A-File, I determined that his A-File does not contain any record of his ever applying for, or receiving from the Attorney General or the Secretary of Homeland Security, permission to legally re-enter the United States.  Based on my training and experience, I know that such documentation is required to re-enter the United States legally after deportation, and that if such documentation existed, it would ordinarily be found in MARTINEZ CELIDA's DHS A-File.

## IV. <u>CONCLUSION</u>

12.  For all the reasons described above, there is probable cause to believe that CARLOS MARTINEZ CELIDA has violated Title 8, United States Code, Sections 1326(a) and (b)(2), Illegal Alien Found in the United States Following Deportation with Prior Aggravated Felony Conviction.


_____/s/_____
Josef Singer
Deportation Officer
United States Immigration and
Customs Enforcement


Subscribed to and sworn before me
this  18  day of October 2022.

_____
HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE